# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS
# EAST ST. LOUIS DIVISION

| | |
|---|---|
| RICHARD J. LEE,<br><br>Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>Defendant. | Case No. 3:18-cv-01184-JPG-RJD<br><br>Honorable Judge Reona J. Daly |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that RICHARD J. LEE ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant DIVERSIFIED CONSULTANTS, INC., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 8th day of November, 2018.

    Respectfully submitted,

    *s/ Alexander J. Taylor*
    Alexander J. Taylor
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<i>s/ Alexander J. Taylor</i><br>Alexander J. Taylor